NATIONAL MORTGAGE CORPORATION, a corporation, &c.; et al., complainants,

*v.*

JAMES R. DEERING and VIOLET P. DEERING, his wife, defendants.

[Decided January 22d, 1937.]

*Mr. James R. Deering, pro se,* for the appellant.

*Mr. Samuel Kaufman,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Stein in the court of chancery.

*For affirmance*—TRENCHARD, PARKER, CASE, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 11.

*For reversal*—THE CHIEF-JUSTICE, HEHER, JJ. 2.